# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )
)
CAPITOL ONE BANK CHECK, dated August 2, 2007, in the amount of $336.57 and made out to Valz Maldy; )
CAPITOL ONE BANK CHECK, dated September 20, 2006, in the amount of $3,385.21 and made out to Radov V. Lobarow; )
CAPITOL ONE BANK CHECK, dated July 12, 2007, in the amount of $863.71 and made out to Gerfy K. Maldy; )
CAPITOL ONE BANK CHECK, dated August 16, 2006, in the amount of $3,801.58 and made out to Babil E. Lisky; )
CAPITOL ONE BANK CHECK, dated September 20, 2006, in the amount of $1,321.06 and made out to Zak Z. Lobarow; )
CAPITOL ONE BANK CHECK, dated August 8, 2006, in the amount of $450.30 and made out to Lezan E. Lisky; )
CAPITOL ONE BANK CHECK, dated September 14, 2006, in the amount of $3,252.86 and made out to Zink D. Lobarow )
WASHINGTON MUTUAL BANK CHECK, dated July 13, 2006, in the amount of $117.21 and made out to Babil Lisky; )
WELLS FARGO BANK CHECK, dated April 5, 2010, in the amount of $18.17 and made out to Varaz Lisky; )

WELLS FARGO BANK CHECK, dated March 9, 2010, in the amount of $984.16 and made out to Qaval Lisky; )
BANK OF AMERICA BANK CHECK, dated March 10, 2010, in the amount of $25.00 and made out to Erat S. Oveel; )
AMERICAN EXPRESS CHECK, dated January 26, 2010, in the amount of $8974.14 and made out to Barok Barazman; )
WELLS FARGO BANK CHECK, dated February 4, 2010, in the amount of $60.34 and made out to Barok Barazman; )
WELLS FARGO BANK CHECK, dated March 23, 2010, in the amount of $6.25 and made out to Robeto Maldy; )
WELLS FARGO BANK CHECK, dated March 23, 2010, in the amount of $7.00 and made out to Vedal Oveel; )
CHASE BANK CHECK, dated March 5, 2010, in the amount of $50.00 and made out to Levan A. Hsajsam; )
CHASE BANK CHECK, dated March 5, 2010, in the amount of $145.69 and made out to Levan Al Hsajsam; )
CHASE BANK CHECK, dated December 24, 2009, in the amount of $72.05 and made out to Clavo A. Hsajsam; )
BANK OF AMERICA BANK CHECK, dated January 11, 2010, in the amount of $2,679.16 and made out to Tomak Vadaros; )
INTERMOUNTAIN COMMUNITY BANK CHECK, dated February 14, 2007, in the amount of $300.59 and made out to Beday Z. Rachidia; )
$2,085 in European Euros; )
$155.00 in Canadian Dollars; )
$21 in Lebanese Pounds; )
$5 in Jordanian Dinars; )
$1 in Saudi Riyal; )
HP Pavilion Laptop Computer, Model DV7-3085DX; Serial Number VM188UA#ABA; )
Sony Vaio Laptop Computer, Model VGN-NW125J/T; Serial Number P28217738; )
Sony Vaio Laptop Computer, Model VGN-NW125J/T; Serial Number P28217738-K3025121; )
Sony Vaio Laptop Computer, Model VGN-SR420D/H; Serial Number 27501281; )
Sony Vaio Laptop Computer, Model VGN-FW480J/T; Serial Number P28216734-K; )
Toshiba Laptop Satellite Mode A215-S5837; Serial Number 58189516K; )

Sony Vaio Laptop Computer, Model PCG-7173L; Serial Number CG01KZ32; Sony Vaio Laptop Computer, Model PCG-4N1L; Serial Number J002ZAVT; and Psion Series 5 Handheld Computer, Serial Number KC004D6300N2P. )

Defendants. )

**ORDER FOR SUMMONS AND WARRANT OF ARREST IN REM FOR THE PROPERTY AND NOTICE**

A Complaint for Forfeiture in Rem arising from a federal statute has been filed by the United States of America, pursuant to Fed. R. Civ. P. Supp. Rule G. The Court, having reviewed the Complaint, has found probable cause and that the United States has possession of the defendant property; therefore, the clerk shall issue a Summons and Warrant of Arrest in Rem for the Property, pursuant to Fed. R. Civ. P. Supp. Rule G(3)(b).

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that a Summons and Warrant of Arrest in Rem for the Property issue against the property;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the United States of America seizes, arrests, takes into custody, and retains the CAPITOL ONE BANK CHECK, dated August 2, 2007, in the amount of $336.57 and made out to Valz Maldy; CAPITOL ONE BANK CHECK, dated September 20, 2006, in the amount of $3,385.21 and made out to Radov V. Lobarow; CAPITOL ONE BANK CHECK, dated July 12, 2007, in the amount of $863.71 and made out to Gerfy K. Maldy; CAPITOL ONE BANK CHECK, dated August 16, 2006, in the amount of $3,801.58 and made out to Babil E. Risky; CAPITOL ONE BANK CHECK, dated September 20, 2006, in the amount of $1,321.06 and made out to Zak Z. Lobarow; CAPITOL ONE BANK CHECK, dated August 8, 2006, in the amount of $450.30 and made out to Lezan E. Risky; CAPITOL ONE BANK CHECK, dated September 14, 2006, in the amount of $3,252.86 and made out to Zink D. Lobarow WASHINGTON MUTUAL BANK CHECK, dated July 13, 2006, in the amount of $117.21 and made out to Babil Risky; WELLS FARGO BANK CHECK, dated April 5, 2010, in the amount of $18.17

and made out to Varaz Risky; WELLS FARGO BANK CHECK, dated March 9, 2010, in the amount of $984.16 and made out to Qaval Risky; BANK OF AMERICA BANK CHECK, dated March 10, 2010, in the amount of $25.00 and made out to Erat S. Ovell; AMERICAN EXPRESS CHECK, dated January 26, 2010, in the amount of $8974.14 and made out to Barok Barazman; WELLS FARGO BANK CHECK, dated February 4, 2010, in the amount of $60.34 and made out to Barok Barazman; WELLS FARGO BANK CHECK, dated March 23, 2010, in the amount of $6.25 and made out to Robeto Maldy; WELLS FARGO BANK CHECK, dated March 23, 2010, in the amount of $7.00 and made out to Vedal Ovell; CHASE BANK CHECK, dated March 5, 2010, in the amount of $50.00 and made out to Levan A. Hsajsam; CHASE BANK CHECK, dated March 5, 2010, in the amount of $145.69 and made out to Levan Al Hsajsam; CHASE BANK CHECK, dated December 24, 2009, in the amount of $72.05 and made out to Clavo A. Hsajsam; BANK OF AMERICA BANK CHECK, dated January 11, 2010, in the amount of $2,679.16 and made out to Tomak Vadaros; INTERMOUNTAIN COMMUNITY BANK CHECK, dated February 14, 2007, in the amount of $300.59 and made out to Beday Z. Rachidia; $2,085 in European Euros; $155.00 in Canadian Dollars; $21 in Lebanese Pounds; $5 in Jordanian Dinars; $1 in Saudi Riyal; HP Pavilion Laptop Computer, Model DV7-3085DX; Serial Number VM188UA#ABA; Sony Vaio Laptop Computer, Model VGN-NW125J/T; Serial Number P28217738; Sony Vaio Laptop Computer, Model VGN-NW125J/T; Serial Number P28217738-K3025121; Sony Vaio Laptop Computer, Model VGN-SR420D/H; Serial Number 27501281; Sony Vaio Laptop Computer, Model VGN-FW480J/T; Serial Number P28216734-K; Toshiba Laptop Satellite Mode A215-S5837; Serial Number 58189516K; Sony Vaio Laptop Computer, Model PCG-7173L; Serial Number CG01KZ32; Sony Vaio Laptop Computer, Model PCG-4N1L; Serial Number J002ZAVT; and Psion Series 5 Handheld Computer, Serial Number KC004D6300N2P;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that all persons claiming an interest in the property must file a verified claim, pursuant to Fed. R. Civ. P. Supp. Rule G(4)(b) and (5), no later than 35 days after the notice is sent or, if direct notice was not sent, no later than 60

days after the first day of publication on the United States's official internet forfeiture site, www.forfeiture.gov;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the person asserting such interest in property must serve and must file an answer to the United States's Complaint for Forfeiture In Rem or a motion under Rule 12 no later than 21 days after filing the claim, pursuant to Fed. R. Civ. P. Supp. Rule G(5)(b);

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the claim and the answer must be served on Michael A. Humphreys, Assistant United States Attorney, United States Attorney's Office for the District of Nevada, 333 Las Vegas Blvd. South, Suite 5000, Las Vegas, Nevada 89101, at the times of filing, pursuant to Fed. R. Civ. P. Supp. Rule G(5)(a) and (b).

Failure to file a verified claim and an answer within the prescribed times shall result in a judgment of forfeiture by default.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that notice of the action and the arrest be given by the United States of America on the United States's official internet forfeiture site, www.forfeiture.gov, for at least 30 consecutive days pursuant to Fed. R. Civ. P. Supp. Rule G(4)(a)(iv);

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that a copy of the Complaint for Forfeiture In Rem, this Order, the Summons and Warrant of Arrest in Rem for the Property, and the Notice of Complaint for Forfeiture and Arrest of Property be personally served, or if unable to effect personal service, sent by certified mail, return receipt requested, and regular mail, to all persons claiming an interest in the property.

. . .

. . .

. . .

. . .

. . .

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the United States of America shall file proof of publication and service with the Clerk of this Court.

DATED this 15 day of December, 2010.

UNITED STATES DISTRICT JUDGE