# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK CHECK, *et al.*,<br><br>    Defendants. | Case No. 2:10-CV-02165-KJD-LRL<br><br>**ORDER** |

On February 23, 2011, the United States filed a Notice of Filing Proof of Publication (#7) in this matter.  No action has been taken since that time.  The parties in this action are ordered to file a status report no later than August 29, 2011.

**IT IS SO ORDERED.**

DATED this 15th day of August 2011.

_____
Kent J. Dawson
United States District Judge